UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:20-cr-00061-HDM-CSD |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| AARON SHAW, | |
| Defendant. | |

The defendant has filed a motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) and Amendment 821 to the United States Sentencing Guidelines, as well a motion for appointment of counsel (ECF Nos. 61 & 58). Pursuant to General Order 2023-09, the Federal Public Defender is presumptively appointed to represent "any defendant previously determined to have been entitled to appointment of counsel . . . to determine whether that defendant may qualify for retroactive relief under Amendment 821, and to present any requests relating thereto to the Court for adjudication that the FPD deems appropriate under Amendment 821." The FPD has in fact filed a notice of appearance on the defendant's behalf. Accordingly, the defendant's motion for appointment of counsel (ECF No. 58) is DENIED AS MOOT.

On November 30, 2023, the FPD filed a "Notice of Non-Eligibility." (ECF No. 63). However, on December 5, 2023, the FPD filed an unopposed motion to withdraw the notice (ECF Nos. 64 & 66). The motion to withdraw (ECF No. 64) is GRANTED.

1

General Order 2023-09 requires the FPD to, within 30 days of a *pro se* motion or letter for relief under Amendment 821, file a contested motion, a joint stipulation for a sentence reduction, or a notice of non-eligibility. On December 6, 2023, the parties filed a stipulation to extend this deadline by 90 days. Good cause appearing, the stipulation of the parties (ECF No. 66) is GRANTED. The FPD shall have until March 5, 2024, to file a motion, stipulation or notice as required by General Order 2023-09.

IT IS SO ORDERED.

DATED: This 6th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE