UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:20-cr-00061-HDM-CSD |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| AARON SHAW, | |
| Defendant. | |

The defendant has filed a motion seeking revision of his presence report ("PSR") (ECF No. 59). The defendant asserts that the Probation Department miscalculated his criminal history category as a Level V but that the court found he was actually a Level IV. While the court did conclude that the defendant's criminal history category should be a Level IV, this was not based on any miscalculation by the Department. Rather, the court found that although properly calculated, the resulting criminal history category overstated the seriousness of the defendant's criminal history. There is therefore no basis for amendment. The motion to revise (ECF No. 59) is accordingly DENIED.

IT IS SO ORDERED.

DATED: This 28th day of December, 2023.

_____
UNITED STATES DISTRICT JUDGE