# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>AARON SHAW,<br><br>        Defendant. | Case No. 3:20-cr-00061-HDM-CSD<br>ORDER GRANTING<br>**Stipulation to Extend Time to File Defendant's Reply to Government's Response to Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2)**<br><br>(First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Jim W. Fang, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Madeline S. Lal, Assistant Federal Public Defender, counsel for Aaron Shaw, request that the due date for Mr. Shaw's reply to the government's response to the Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2), currently due April 3, 2024, be extended to April 17, 2024.

This Stipulation is entered into for the following reasons:

1. The Government filed their response on March 27, 2024. Pursuant to Second Amended General Order 2023-09, defense counsel has 7 days to file its reply, making the reply due on April 3, 2024.

2. Defense counsel is out of district and needs additional time to review the government's response, discuss it with Mr. Shaw, and to prepare the reply.

3. The additional time requested by the stipulation is made in good faith and not for purposes of delay.

This is the first request for a continuance of the reply deadline.

DATED this 1st day of April 2024.

| | |
|---|---|
| RENE L. VALLADARES<br>Federal Public Defender | JASON M. FRIERSON<br>United States Attorney |
| By */s/ Madeline S. Lal*<br>MADELINE S. LAL<br>Assistant Federal Public Defender | By */s/ Jim W. Fang*<br>JIM W. FANG<br>Assistant United States Attorney |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>AARON SHAW,<br><br>        Defendant. | Case No. 3:20-cr-00061-HDM-CSD<br><br>ORDER |

IT IS THEREFORE ORDERED that upon consideration of Defendant's Request to Extend Deadline for filing his Reply to the Government's Response to the Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(2), that the Defendant's deadline to file his Reply is extended to April 17, 2024.

DATED this  2nd  day of April 2024.

_____
UNITED STATES DISTRICT JUDGE

3